### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,                    CASE NUMBER 3:21cr00115(AWT)

vs.                                          :

                                             :

CHRISTOPHER J. BRERETON.                     DECEMBER 10, 2021
                                             :

_____

### DEFENDANT'S SENTENCING MEMORANDUM

On July 19, 2021, the Defendant, Christopher J. Brereton, pled guilty to a single count Information charging him with Interstate Travel to Engage in Illicit Sexual Conduct, in violation of Title 18, United States Code, Section 2423(b).   Defense Counsel, Erin M. Field, submits the following Summary Memorandum to aid the court in sentencing, to support of a sentence at the low end of guideline range as agreed to pursuant to the plea agreement, and to support the Defendant's opposition to an upward departure pursuant to USSG section 2A3.1(b)(2)(B) .

### PART I:  PERSONAL BACKGROUND

The court's sentence must be just and necessary. 18 U.S.C. § 3553  Critically, the court must fashion an individualized sentence which directs the Court to consider the history and characteristics of the defendant. 18 U.S.C. § 3553(a).   Christopher Brereton grew up in an enlisted military family overseas.  He was born on August 26, 1986, at Royal Air Force Laken heath, in Suffolk, England to United States Air Force parents, Richard and Larue Brereton.  They were a family of modest means.  As a

military family, Mr. Brereton, his sister, Alicia Brereton, and his parents lived in England and Germany during Mr. Brereton's youth.  In 1994, the Brereton family moved to Hatton, North Dakota.  From his youth onward, Mr. Brereton has maintained a strong, close relationship with his parents and his sister.  Mr. Brereton considered his childhood "great."

Mr. Brereton enrolled in some college classes for a couple of years between 2004 to 2006.  In 2006, Mr. Brereton moved to Rapid City, South Dakota where he lived for a year.  Subsequently, he enlisted in the United States Army.  He was stationed at Fort Wainwright in Fairbanks, Alaska, until his honorable discharge from active duty in April 2013.

While attached to Fort Wainwright, he was deployed to Iraq, from 2008 to 2009, and to Afghanistan, from 2011 to 2012.   These deployments deeply impacted Mr. Brereton. The only traumatic event in his life happened when he was young, and his grandfather suddenly died at the table near him.  Yet, during a deployment, he witnessed two friends get killed.  He was even hit with shrapnel which left a scar on his right wrist. However, he suffered tremendous guilt from not being one of those who died instead.  He  contemplated suicide. After being honorably discharged, Mr. Brereton moved back to Hatton, North Dakota to live with his family to gain their support in his transition back to a normal life.   Undoubtedly, Mr. Brereton suffered from post-traumatic stress disorder ("PTSD") upon leaving active duty, as confirmed by his  mother.

A year later he moved to Fargo, North Dakota.  He continued his military service with the North Dakota National Guard which included trips to Romania, Greece, and Bulgaria in the summer of 2019.  For years, he has regularly been employed by various

employers, like Home Depot, Dakota Carriers, Casselton Lumber, Menards, and Mitton

transport.  In most of those positions, he was a truck driver or  a sales associate.

Additionally, he pursued his goal to get a college degree in IT management through

North Dakota State University. Working and studying surely kept him very busy.

However, he must have been also feeling lonely as a veteran still dealing with PTSD

and a return to normal life.  He had no serious or romantic relationship to abate the

loneliness as a 34-year-old male living in a college Frat house.  All awhile his close

friends were married and strengthening their relationships, possibly seeking to grow

their families, and otherwise securing their financial futures.

Before the incidents which led up to Mr. Brereton's arrest, Mr. Brereton would

have looked like a hero--a broken hero, but a hero, nonetheless.   There were

absolutely no indications in his past familial, work, military, or college history which

foreshadowed any inappropriate behavior with youth or anyone else.  In fact, there are

no past reports of any kind of criminal conduct at all.  He never used illegal drugs, nor

abused alcohol.  He had not even been drinking when he was supposed to meet with

the minor.  There is no evidence of any kind of addiction in his life.  For some reason,

with only two classes left to get his degree, and life seeming to move forward,  Mr.

Brereton suddenly took a strange life detour with a disastrous result.  Worst of all, his

actions greatly harmed someone else in the process which he deeply regrets.

Mr. Brereton's family members and many friends and acquaintances were

shocked to hear the news about his criminal actions in this case.  It was a consistent

theme among the character letters submitted herein, and attached,  that the incidents in

this case fell far beyond Mr. Brereton's normal character and conduct.  *See* the following

11 letters of support:

Exhibit, "Exh."A: Tim Schenk, President of Dakota Carriers (former employer)
             B:  Richard c. Brereton, MSgt, USAF, Ret. (father)
             C:  Julie Snyder (long-time friend)
             D:  Cheryl Olson (aunt)
             E:  LaRue J. Brereton (mother)
             F:  Gary and Jennifer Malley (family members)
             G:  Marsha Maus-Reiter (acquaintance)
             H:  Lisa Meier (mother of male friend from school/later as fellow Army
enlistee)
              I:   Douglas Meier (father of male friend from school/later as fellow Army
           enlistee)
              J:  Steve and Sandi Christenson (long-time friends)
             K: Mary Meldahl (schoolteacher/acquaintance)

For example, Mr. Brereton drove a truck for Dakota Carriers for two summers

and on winter break.  Mr. Schenk stated that he found Mr. Brereton to be hard-working,

reliable, personable, and courteous. (Exh. A).  Someone who knows him better than

most people, his father, MSgt. Brereton stated:  "I fully believe that the actions that he

has been charged with are a temporary lapse in judgment." (Exh. B).

His friend, Julie Snyder, has a teenage daughter and never feared having Mr.

Brereton around her daughter, and still does not think he is a risk. (Exh. C).  Due to Mr.

Brereton's close relationship with her son since 1996, Lisa Meier has known him for a

very long time.  Lisa commented:  "I was both saddened and surprised to hear about

CJ's (Mr. Christopher J. Brereton) arrest as I have always known him to be a respectful

and disciplined young man." (Exh. H) Lisa's husband, Douglas Meier, a retired Air Force

Officer, also stated, "I was troubled and surprised when I learned about the charges

against CJ, which totally go against his character and the person I know." (Exh. I).

Instead, as specifically noted by a couple who have known him for 25 years, Mr. Brereton has been  generally known as a man of good moral character. (Exh. J).  Mr. Brereton has  not been known for any sexual deviancy or problem with minors.  He was, and is, thought of as a proud, patriotic, and disciplined soldier who risked his life in high-risk zones of conflict. (Exh. B, C, D, E, F, H, I).  He even earned the Purple Heart and several other commendations during his military service. (Exh. E).

He significantly helped a widow of a schoolteacher with some yard work without being asked. (Exh. G).  He has listened to others and cared for their needs.  (Exhs. A-K).  He has been, and is, goal-oriented, especially towards earning his college degree in technology. (Exhs. H, I).  He is obviously not one subject to idleness which sometimes lead to deviant behaviors, since he regularly enjoyed carpentry and mechanic work, as well doing anything outdoors or with technology. (Exhs. D, E, F, G).

Based on the foregoing, Mr. Brereton's family and friends support him despite his serious actions in this case.  These family and friends know that Mr. Brereton will endeavor to try to remedy the wrong he has done, overcome whatever issues led to these outrageous actions, and move toward his goal of finishing his college degree.  As noted by Mr. and Mrs. Malley:  "CJ has shown thus far a steadfast and resolute demeanor in moving past this matter in a constructive and successful manner." (Exh. F). Critically, Lisa Meier stated, "I do believe that CJ is a man of his word and will do whatever is needed to make things right.  I also believe he will use the seriousness of this crime and use it to educate others on what NOT to do if he was given the chance." (Exh. H) Indeed, it expected that he will be using his "creative and caring side" to "move up and forward with his life." (Exh. K).

One final important factor for the Court to consider is Mr. Brereton's numerous achievement and accommodations medals from the Army.  He is a recipient of the Purple Heart (Exh. L), Army Commendation Medal (Exh. M), Army Achievement Medal (Exh. N), Good Conduct Medal (Exh. O), and Certificate from NATO (Exh. P).  While Mr. Brereton's current situation with this Court is serious, his dedication to his military service is not only admirable, but Mr. Brereton has a level of bravery that many people lack.

## II.        SENTENCING GUIDELINES CALCULATION

Mr. Brereton pled guilty to a one-count information,  which charged him with Traveling With Intent to Engage in Sexual Acts With a Juvenile, in violation of 18 U.S.C. § 2423(b).   Mr. Brereton has no prior criminal record, so his criminal history category is I.  Under the plea agreement, Mr. Brereton admitted to connecting with a 15-year-old girl on January 16, 2020, via a mobile telephone application called Mixxxer.com, a known "hook-up" site and later, via phone texts.  Mr. Brereton admitted to discussing traveling for sexual activities with her. The minor victim's profile on the site listed her as an 18-year-old. Later, an undercover law enforcement officer informed Mr. Brereton that she was really a 15-year-old. The Presentence Report sets forth a detailed account of the offense conduct which can provide further details. (Presentence Report, PSR, ¶¶ 5-33). In sum, Mr. Brereton does not dispute any of the facts that support the essential elements of the crime.

The government and Mr. Brereton entered into a plea agreement on July 19, 2021.  Under this agreement, the parties agreed to a base level offense calculation as 21, with an advisory guideline range of 37 to 46 months custody.  The parties also

agreed that neither party would seek a higher adjustment or departure from the guideline level in the plea agreement.  The Probation Officer, however, added a 2-level enhancement per USSG 2G1.3(b0(3)(A) because the offense involved the use of a computer or an interactive computer service to persuade or entice the minor to engage in prohibited sexual conduct.  (PSR ¶¶ 90-91, 106).

Outside of the plea agreement's terms, Mr. Brereton acknowledges the validity of that enhancement.   A base offense level of 23, instead of 21,  calls for  46-57 months of custody.  In line with the Probation Officer's request, Mr. Brereton asks that the court consider departing from the guidelines' enhancement in accordance with *United States v. Fernandez* 877 F.2d. 1138 (2d Cir. 1989) to effectuate the plea agreement. (PSR ¶ 106). Otherwise, the combined guidelines range is 37 to 57 months in custody.

Considering his background, Mr. Brereton deserves no more than the minimum sentence of 37 months in the plea agreement stipulated 21 base offense level for this offense.   Mr. Brereton is an honorably discharged veteran injured in a combat theater of operations and he has no criminal record.  Prior to the acts leading to this offense, Mr. Brereton exhibited no offensive or illegal sexual behavior towards or with minors, or any other activity even remotely like the crime committed in this case. Furthermore,  Mr. Brereton has already shown that he is the type of man who can succeed. He worked hard in a job for years without any problems, completed tours with the North Dakota National Guard, and successfully finished college classes, nearly completing his college degree.

Critically, Mr. Brereton never shunned his responsibility for his actions. This is evidenced by the fact that Mr. Brereton never lied about his identity and admitted to his

actions as soon as police questioned him at the scene.  Mr. Brereton acknowledges his

remorse for committing such a heinous offense.  Not only because it has cost him

personally, but because it harmed an innocent teenage girl, hurt his family, and imposed

costs on society as well.  Mr. Brereton has found it very difficult to even speak with his

mother and father about the incident, even though they are close.  His strong feelings of

shame over his actions will follow him for his entire life -- like the piece of shrapnel

which was imbedded in his wrist and the survivor's guilt which likely still lingers in his

heart.

III.      CONCLUSION:

Based on the foregoing, the Defendant, Mr. Brereton urges the court to sentence

him to the minimum sentence or at least the very low end of the guideline range under

base line offense 21 (as agreed to in the plea agreement).  Mr. Brereton further

requests that the federal Bureau of Prison ("BOP") designate the  closest facility to his

family's home in South Dakota which is Federal Prison Camp Yankton so that he can

continue to receive their support in his rehabilitation.

Mr. Brereton vows to participate in the BOP's nonresidential sexual offender

treatment program recommended for low to moderate risk offenders, which will help him

overcome whatever problems led to him committing this offense and to move beyond it.

He has been housed since his arrest on March 13, 2020 at the State of Connecticut

Department of Corrections facility in New Haven so he has not been able to participate

in any counseling or programs due to the fact that he is an un-sentenced prisoner rather

than an inmate.  Mr. Brereton remains positive that he can eventually finish his college

degree, possibly in coordination with the educational program offered through the BOP.

Based on Mr. Brereton's personal financial statement, his student loan obligations far outweigh any assets. (PSR, ¶ 85). Thus, even though the plea agreement states that he is not indigent, Mr. Brereton lacks the capability of paying any fine. Notably, Mr. Brereton agreed to forfeit several electronic devices to the government as part compensation. (PSR ¶ 100). Mr. Brereton also agreed to provide restitution to the complainant. (*Id.* at ¶ 101).

For all the reasons stated herein, as well as any other grounds that may be asserted at the time of sentencing, Christopher Brereton respectfully requests that this Honorable Court impose a fair and just sentence.

Dated: December 21, 2021                                    Respectfully submitted,

                                                THE DEFENDANT.

                                                Christopher Brereton

                                        By: _____

                                                Erin M. Field (retained)
                                                343 Hazard Ave.
                                                Enfield, CT 06082
                                                860-749-8313
                                                attyfield@aol.com

# Dakota Carriers Inc.

5105 W Foundation Ct. ● Sioux Falls, SD 57107
P.O Box 84907 ● Sioux Falls, SD 57118
1-800-368-3612 ● 605-338-0002 ● FAX 605-336-5061 or 605-336-6311

Your Honor,

I am writing this letter on behalf of Christopher Brereton, who is due to appear in your court. As the owner of Dakota Carriers, I have worked with Christopher on two different summers during his college summer breaks (summer of 2017, 2018 and winter vacation of 2018).

Christopher was always a dependable and hard worker while he drove truck for me. He always showed pride and professionalism in his job. Christopher was a pleasant and courteous individual every time he was in the office.

I understand that Christopher has behaved in an inexcusable way and I believe the court will make a fair and balanced decision. It is my belief that Christopher will learn from his mistake and live a healthy and safer lifestyle.

Tim Schenk

President

Dakota Carriers Inc.

Exhibit A

To Whom It May Concern,                                    October 5, 2020

I am writing this letter on behalf of my son, Christopher J. Brereton.

Christopher has always been a courteous and helpful peron to all of his family and friends. He is the first to volunteer to help when needed regardless of the difficulty or expense on his part.

A decorated veteran with many accolades to his credit, he has excelled in his Army and National Guard careers and was relied upon to complete tasks beyond his years and rank.

I fully believe the actions that he has been charged with are a temporary lapse in judgement and will NOT be repeated in the future. Having talked to Christopher on numerous occasions, he is very remorseful for his actions and he knows he must face the consequences of his decisions.

I believe that Christopher will and has learned from his mistake and will again become a responsible member of society with no reoccurrence of his lapse of judgement.

Thank you for taking my thoughts into consideration when making your decision on his future.

Respectfully,

Richard C. Brereton, MSgt., USAF, Ret.

Exhibit B

To whom it may concern,

Christopher Brereton is a respectful, caring, unselfish, family oriented human. He has always put other's needs, wants and concerns before his own. He has put his own life on the line while in the military fighting for the rest of us.

Having a teenage daughter of my own, I have never had any need to be concerned when Christopher is present nor will I in the future.  I have known him for as long as I can remember and will always support him in any way I can; that is what family does.


Julie Snyder

EXHIBIT C

To Whom it may concern:

Christopher Brereton is my nephew and also my friend. I have known him all his life.
He is a quiet person. It is my opinion that he is a true American and I was proud that
he chose to join the Army to serve our nation overseas and here at home.
He is genuine and reliable. I know him to be an honest and helpful person. He
is quick-witted, soft spoken and humorous. He is a good listener and loyal friend.
When asked to help out he is always willing to do so. He is a handy man and  enjoys
mechanic work, carpentry and anything outdoors.
 I love my nephew and wish him well always!
If you wish to contact me, my cell number is 563-380-0442

Sincerely,
Cheryl Olson
12522 Plumb St
Eldorado, IA 52175

Exhibit D

October 5, 2020

To Whom It May Concern,

I am writing this character letter on behalf of my son, Christopher Brereton. Christopher, CJ to family, has always been a rule follower that is willing to help others. During high school, he would help teachers with technology issues, volunteer to work school functions, and do yard work for any of our neighbors when needed. He asked nothing in return for mowing lawns, repairs around their house, or moving things and routinely refused payment for helping out.

Christopher is a veteran of the US Army where he served for 7 years before being honorably discharged, followed by over 7 years in the NDANG until his honorable discharge from the Guard in April 2020. Christopher is the recipient of a Purple Heart in Iraq, 3 Commendation Medals, and 4 Achievement Medals while serving, along with many other awards. He suffered PTSD after being injured in Iraq but did not seek any long-term counseling. His patriotism and sense of duty has served him well in both his military and civilian life. He is someone that you can count on to help you out both physically and financially if he can.

Christopher is very remorseful for his actions and wants to make amends for his lapse of judgement. I believe that counseling and community service would better serve both him and the community.

Thank you for your time.

Sincerely,

LaRue J. Brereton

laruebrereton@yahoo.com

Exhibit E

Mr Gary & Mrs Jennifer L. Malley
10 Stuart Road, Grays Thurrock
RM17 5HX United Kingdom

Dated 4th October 2020

Re: C J Brereton

To: The Honourable Judge

We are writing on Behalf of C J Brereton to whom we are related, we have known C J for most of his life and in all this time he has continually proven himself to be of a fine and responsible character. In general C J is a Veteran and currently serving in the National Guard and is known for being an attentive, dutiful and dedicated Son and Brother.

On a recent visit to the United States our two Son's wished to responsibly experience shooting firearms. C J planned and organised an outing to a suitable range where he explained and demonstrated in detail how to safely undertake an afternoon's shooting. Whilst we remain inexperienced, we were schooled, coached and corrected through the discipline of rifle and pistol shooting. Our Son's had never held nor shot a firearm before and our youngest has Asperger's and yet at no time did we feel anything other than complete confidence in C J's ability to instruct us and keep us safe. More than this C J talked passionately and articulately about his life and emerging studying and career.

C J has thus far shown a steadfast and resolute demeanour in moving past this matter in a constructive and successful manner. It is our hope this letter regarding C J Brereton and how it relates to this case will act as a positive and contributing factor when the court considers this matter.

Yours sincerely,

Gary and Jennifer Malley

Exhibit F

August 6th, 2020

Erin Field

308 Enfield St.

Enfield, CT 06082

I am writing on behalf of Christopher (CJ) Brereton. I have known CJ since he was pre-school. He is a kind and hardworking young man.  He is very helpful to me as a widow and has gone above and beyond to assist me keeping up my homestead.  He brought a trencher from 40 miles away to dig a trench to bury my cable TV line without my even asking and without any financial reimbursement, out of respect for my deceased husband a former teacher of his. He said, "To help out his widow."   CJ has mowed my lawn, trimmed my trees and participated in various gathering at my home thorough out his life and growing up. He was part of a "paint-ball" team that gathered there on a regular basis. He is in my thoughts and prayers for a just decision to this situation I do believe he is innocent.


Sincerely,

Marsha Maus-Reiter

Marsha Maus-Reiter

703 10th Street

Hatton, ND 58240

Exhibit G

Lisa Meier
316 Jersey Ave.
Hatton, ND 58240

701-789-0756

August 9, 2020

Re: Christopher J. Brereton

Your Honor,

My name is Lisa Meier. I am a Registered Nurse specializing in Long Term Health Care. I have been married 39 years to my husband Doug. We have resided and raised our family in Hatton, ND for 24 years.

I have known Christopher (CJ) Brereton since moving to Hatton in 1996. He and my son were friends and classmates from the 5th to the 12th grade. I was both saddened and surprised to hear about CJ's arrest as I have always known him to be a respectful and disciplined young man. It is for this reason that I am more than willing to write a character reference for CJ.

CJ was like one of the family when he was growing up. He was always there to lend a hand any time we needed one. He was dependable and responsible with our son's paper route when we were out of town.

I have a deep respect for CJ as a prior member of the U.S. Army. He served his country faithfully and is a wounded veteran. Building a new life for himself was of utmost importance to him after leaving the service. I personally visited with CJ about his return to college and saw a renewed hope and purpose. He had goals.

It is most unfortunate that CJ made the poor choices that he did. I do believe that CJ is a man of his word and will do whatever is needed to make things right. I also believe he will take the seriousness of this crime and use it to educate others in what NOT to do if he is given the chance.

It is my sincere hope that your Honor will take this letter into consideration at the time of sentencing.

Sincerely,

Lisa M. Meier
Lisa M. meier

Exhibit H

Douglas R. Meier
316 Jersey Ave.
Hatton, ND  58240

701-789-0763

August 9, 2020

RE: Character letter for Christopher J. Brereton

Your Honor,

I am Douglas R. Meier. I retired from the United States Air Force after serving over 21 years and currently hold part-time jobs as farmer, truck driver and bus driver for our local school. I was elected twice to serve on the Hatton School Board (serving 4 years as President) and then was elected and served two terms as Mayor for the City of Hatton, North Dakota.

My family and I moved to Hatton in June 1996, when we first met Christopher (C.J.) and his family. I got to know C.J. very well as he and my oldest son were classmates. With the boys playing sports and attending many other school functions together, C.J. became a familiar and welcome face around my house and I soon considered him to be like a son. I have always found C.J. to be an honorable and self-sacrificing young man, always ready to help in any way possible.

After graduation, C.J. and my son both enlisted in the U.S. Army, where they deployed multiple times to hostile territory in defense of our great nation, with C.J. receiving wounds while deployed. Upon his return and recovery, I was pleased to see him continue to go forward with his life and pursue his goals for his future.

I was troubled and surprised when I learned of the charges against C.J., which go totally against his character and the person I know. I understand these charges are serious, but I would like to ask for leniency in his case. My heart weighs heavy for C.J. as his future is in your hands. Please consider this letter as you make your determination during sentencing.

Sincerely,

Douglas R. Meier

Exhibit I

Steve and Sandi Christensen

410 Jersey Ave

Hatton, ND 58240


August 11, 2020


Your Honor,

Hello, we are writing in reference to Christopher Brereton, who is appearing before your court due to charges dealing with attempted sexual misconduct.

Christopher asked us to write a character reference letter, but the truth is that we were already planning to do so before the request. We feel strongly about Christopher and his future, and we would like you to feel the same way.

Christopher is a person of good moral character. We realize that might seem hard to believe, given the circumstances, but it is true. We have known Christopher for 25+ years, and in that time, we have seen him go through ups and downs, but all the while we have been convinced that he is a good person.

Not knowing all of the circumstances involved in his case we do know how serious the consequences could be. We do, however, know in our hearts that he can and will do whatever it takes to learn from this ordeal. We recognize the power you have in Christopher's future. Please make the right decision and give Christopher a second chance.

Sincerely,

Steve and Sandi Christensen

Exhibit I

Mary Meldahl

13249 13th St NE

Sharon, ND 58277

September 20, 2020

Erin Fields

308 Enfield St

Enfield, CT 06082

Dear Ms. Fields:

I am writing this letter on behalf of Christopher (CJ) Brereton.  I was an elementary teacher in the Hatton School System and had the pleasure of having CJ in my 3rd grade classroom.  He was an intelligent young man full of imagination and hard work.  He and his friends would use their free time in school or out of school to play many made up games together.  They were a close knit group of boys who always had something planned.  This carried over into his adulthood as he still has that creative, always exploring, and caring soul.

As he grew older I saw him as a hard -working and caring young man.  Recently, he took time to go a friend's widowed mom and helped with some major yard projects.  He did this because he cared for her, and he cares for others.

I believe that CJ will in the future be steadfast in becoming his best person.  He will have considered his actions, and using his creative and caring side, move up and forward with his life.


Regards,

Mary

Mary Meldahl

Exhibit K

# THE UNITED STATES OF AMERICA

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING:

THIS IS TO CERTIFY THAT
THE PRESIDENT OF THE UNITED STATES OF AMERICA
HAS AWARDED THE

## PURPLE HEART

ESTABLISHED BY GENERAL GEORGE WASHINGTON
AT NEWBURGH, NEW YORK, AUGUST 7, 1782

TO

### SPECIALIST CHRISTOPHER J. BRERETON

FOR WOUNDS RECEIVED
IN ACTION
THIS 16TH DAY OF OCTOBER 2008
GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS 14TH DAY OF FEBRUARY 2009





ROBERT L. CASLEN, Jr.
Major General, US Army
Commander, Task Force Lightning
PO # 045-0011 G, 14 February 2009

ACTING SECRETARY OF THE ARMY



Exhibit L

# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY COMMENDATION MEDAL

TO

**SPECIALIST CHRISTOPHER J. BRERETON**
**1ST BATTALION, 5TH INFANTRY REGIMENT**

FOR MERITORIOUS SERVICE DURING OPERATION IRAQI FREEDOM 08-09 IN THE DIYALA PROVINCE. YOUR DEDICATION TO DUTY DURING COMBAT OPERATIONS IN IRAQ CONTRIBUTED TO THE OVERWHELMING SUCCESS OF THE COMMANDS MISSION. YOUR ACTIONS ARE IN KEEPING WITH THE FINEST TRADITIONS OF MILITARY SERVICE AND REFLECTS DISTINCT CREDIT UPON YOURSELF, THE 1/25TH STRYKER BRIGADE COMBAT TEAM, AND THE UNITED STATES ARMY.

FROM 15 SEPTEMBER 2008 TO 15 SEPTEMBER 2009



PO 138-168, 18 May 2009
Commander, 1/25 SBCT
Diyala, Iraq
APO AE 09336





**BURDETT K. THOMPSON**
COL, IN
Commanding

DA FORM 4980-14, NOV 97

Exhibit M

DA FORM 4980-18, NOV 97

# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY ACHIEVEMENT MEDAL



TO

### SERGEANT CHRISTOPHER J. BRERETON

FOR   exceptional service from the period of 07 August through 22 August 15 during Annual Training 15 at Camp Dodge, Iowa. SGT Brereton's technical knowledge and sense of duty far exceeded his assigned duties in establishing two Fire Direction Centers and one Brigade Fires Cell. He repeatedly embraced challenges well above his pay grade. SGT Brereton's actions reflect great credit upon himself, the 141 Maneuver Enhancement Brigade, the North Dakota Army National Guard, and the United States Army.

LEO A. RYAN
COL, AD, NDARNG
Commanding

PRESENTED THIS 1ST DAY OF NOVEMBER 2015

Permanent Order #277-007

Exhibit N

# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE UNITED STATES ARMY HAS AWARDED

## THE GOOD CONDUCT MEDAL
(1st Award)

TO

### SPECIALIST CHRISTOPHER J. BRERETON

FOR EXEMPLARY BEHAVIOR, EFFICIENCY AND FIDELITY

IN ACTIVE FEDERAL MILITARY SERVICE

FROM   05 April 2006   TO   04 April 2009

SEAN C. RALEIGH
1LT, AG
Battalion Adjutant



DA FORM 4950  JAN 81

Exhibit O







ORGANISATION DU TRAITE DE L'ATLANTIQUE NORD
NORTH ATLANTIC TREATY ORGANIZATION



*This is to Certify that*
*Le présent document atteste que*

**OR-5 CHRISTOPHER BRERETON**
*TASK FORCE ARCTIC WOLVES*

*Has been awarded the Non-Article 5 NATO Medal*
*for service with NATO*
*in relation to*
*the ISAF Operation*
*during the period*
*29 APRIL 2011 – 28 APRIL 2012*
*A reçu la médaille Non-Article 5 de l'OTAN*
*en récompense des services rendus à l'OTAN*
*au titre de l'opération de*
*l'ISAF*
*au cours de la période*

*Anders Fogh Rasmussen*
*The Secretary General*
*Le Secrétaire Général*



1151-10 NATO GRAPHICS & PRINTING

Exhibit P

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed to the following parties of

record on this _21st__ day of  December 2021:

**Assistant U.S. Attorney**
Anastasia Enos King
157 Church Street, 23rd Floor
New Haven, CT 06510
203-821-3700
Anastasia.King@usdoj.gov

**U.S. Probation Officer**

Angelica Deniz
915 Lafayette Blvd
Bridgeport, CT 06604

Erin M. Field, Esquire